

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
August 07, 2025

_____

Zachary T. Ball, Esq.
Nevada Bar No. 8364
**THE BALL LAW GROUP**
1935 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
Telephone: (702) 303-8600
Email: zball@balllawgroup.com
Attorney for *Clark County Credit Union*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>LIZZEL M VILLAVICENCIO, and<br><br>OHMAR VILLAVICENCIO,<br><br>Debtors, | Case No.:   25-12824-nmc<br><br>Chapter: 13<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM STAY WITH RESPECT TO CLARK COUNTY CREDIT UNION**<br><br>Hearing Date: July 15, 2025<br>Hearing Time: 1:30 p.m. |

Upon consideration of the Motion for Relief from Stay (the "Motion"), Document No. 12 for the vacatur of the automatic stay with respect to Clark County Credit Union in connection with the Deed of Trust permitting Movant to enforce its right including but not limited to conducting

a non-judicial foreclosure sale of the Property pursuant to Bankruptcy Code section 362, the waiver of the 14-day stay imposed by Federal Rule of Bankruptcy Procedure 4001(a)(3) and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and the Court having determined that the Motion is in the best interest of the Parties, their creditors and all other parties in interest; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. Clark County Credit Union's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) is GRANTED.

2. The terms and factual allegations set forth in the Motion are incorporated into this Order as if fully set forth herein.

3. The automatic stay imposed by 11 U.S.C. § 362(a) is terminated pursuant to 11 U.S.C. §§ 362(d)(1) and (d)(2), permitting Clark County Credit Union to exercise its rights and remedies under applicable non-bankruptcy law with respect to the real property located at 2824 Sisteron Court, Henderson, Nevada 89044, including but not limited to conducting a non-judicial foreclosure sale.

4. The 14-day stay provided by Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived. This Order shall be effective immediately upon entry.

Submitted By:

THE BALL LAW GROUP

/s/ Zachary T. Ball, Esq.
Zachary T. Ball, Esq.
Nevada Bar No. 8364
1935 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
Attorney for *Clark County Credit Union*